IN RE:

SHAWN D. CRIPPLE
BARBARA M. CRIPPLE
    Debtors

FILED
2010 APR 22 PM 3:50
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

CASE NO. 07-51847-S

CHAPTER 7

REPORT OF DIVIDEND
<u>UNDER FIVE DOLLARS</u>

    Harold A. Corzin, Trustee herein, reports that check #111 in the amount of $4.95 was issued on April 12, 2010 to the Clerk of Courts in payment of dividends under $5.00 for the following unsecured creditors:

    Amt. of Dividend

| | | |
|---|---|---|
| Claim #1 | Ohio Edison<br>Attn: Bankruptcy Dept.<br>6896 Miller Rd.<br>Brecksville, OH 44141 | $ 3.98 |
| Claim #7 | Canton City Utilities<br>PO Box 9955<br>Canton, Oh 44711 | $ .97 |
| TOTAL: | | $ 4.95 |

_____
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Rd.
Akron, Ohio 44333
(330) 670-0770

April 15, 2010

*[handwritten: Ck #111, receipt # 81425]*